McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-CV-01108-OWW-DLB |
| ) Plaintiff, ) | **STIPULATION AND ORDER STAYING ACTION** |
| v. ) | |
| APPROXIMATELY $13,402.59 IN U.S. ) CURRENCY, ) | |
| ) Defendant. ) | |

It is hereby stipulated by and between plaintiff United States of America and Claimants Robert Holloway and Kathryn Holloway, by and through their respective counsels, for the above-entitled forfeiture action, as follows:

1. Claimant Robert Holloway is presently facing federal criminal charges in the Eastern District of California, *United States v. Robert Holloway, et al.*, 1:08-CR-00224 LJO, allegedly relating to transactions or events which form the basis for this civil forfeiture action;

2. The parties recognize that proceeding with this action has potential adverse affects on the prosecution of the related-criminal case and/or upon claimant Robert Holloway's right against self-incrimination in the related federal criminal case;

3. Publication of the civil forfeiture action has been completed and to date only Robert Holloway and Kathryn Holloway, have filed claims or answers, or otherwise appeared in this action, and the time for which any other persons or entities to file a claim or answer has

1  expired.

2      THEREFORE, the parties to this action stipulate as follows:

3      1. Pursuant to 18 U.S.C. § 981(g), these actions shall be stayed pending the

4  conclusion of the federal criminal action presently pending against Robert Holloway in the

5  Eastern District of California.

6      IT IS SO STIPULATED.

Date: Nov. 10, 2008               McGREGOR W. SCOTT
                                         United States Attorney

                                         /s/ Stephanie Hamilton Borchers
                                         STEPHANIE HAMILTON BORCHERS
                                         Assistant United States Attorney

Date: 11/10/08                  /s/ Roger K. Vehrs
                                         ROGER K. VEHRS
                                         Attorney for Claimants
                                         Robert Holloway and Kathryn Holloway

                                         (original signature retained by attorney)

    IT IS SO ORDERED.

**Dated:   November 12, 2008**          **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE