BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:08-CV-01108-OWW-GSA |
|---|---|
| Plaintiff, | ) **FINAL JUDGMENT OF FORFEITURE** |
| v. | ) |
| APPROXIMATELY $13,402.59 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1.  This is a civil forfeiture action against defendant approximately $13,402.59 in U.S. Currency (hereafter "defendant currency").

2.  A Verified Complaint for Forfeiture *In Rem* was filed on July 31, 2008, seeking the forfeiture of the defendant currency, alleging said currency is subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) because the defendant currency represents proceeds of a specified unlawful activity in violation of 18 U.S.C. § 2313 or fungible property thereof pursuant to 18 U.S.C. § 984.

3.  On August 1, 2008, in accordance with said Complaint, a Warrant for Arrest of Articles *In Rem* for the defendant currency was issued and duly executed on August 7, 2008.

///

///

1    4.   On or about August 26, 2008, a Public Notice of Arrest of the defendant currency
2 appeared by publication in the *Modesto Bee*, a newspaper of general circulation in the county in
3 which the defendant currency was seized (Stanislaus County).  The Declaration of Publication was
4 filed with the Court on November 3, 2008.

5    5.   In addition to the publication of the forfeiture action, actual notice was personally
6 served upon Claimants.  On August 21, 2008, Claimants Robert Holloway and Kathryn Holloway
7 filed verified Claims and Answers in this action.  To date, no other parties have filed claims or
8 answers in this matter, and the time for which any other person or entity may file a claim and answer
9 has expired.

10   6.   Claimants Robert Holloway and Kathryn Holloway represent and warrant that they
11 are the sole owners of the defendant currency.

12   Based on the above findings, and the files and records of the Court, it is hereby

13   ORDERED AND ADJUDGED:

14   1.   The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and
15 between the parties to this action.

16   2.   Judgment is hereby entered against all other potential claimants who have not filed
17 claims in this action.

18   3.   Upon entry of a Final Judgment of Forfeiture, $6,701.30 of the defendant
19 approximately $13,402.59 in U.S. Currency, together with any interest that may have accrued on this
20 amount, shall be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), to be disposed
21 of according to law.

22   4.   Within 45 days of entry of a Final Judgment of Forfeiture, $6,701.29 of the defendant
23 approximately $13,402.59 in U.S. Currency shall be returned to Claimant Kathryn Holloway through
24 her attorney Roger K. Vehrs at 2300 Tulare Street, Suite 250, Fresno, California 93721.

25   5.   Plaintiff United States of America and its servants, agents, and employees, and all
26 other public entities, their servants, agents, and employees, are released from any and all liability
27 arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant
28 currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or

1    damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed.
2    The parties waive the provisions of California Civil Code § 1542.
3         6.    There was reasonable cause for the seizure and arrest of the defendant currency, and
4    the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.
5         7.    All parties shall bear their own costs and attorneys' fees.
6    SO ORDERED THIS 20th day of September , 2010.

8                              /s/ OLIVER W. WANGER
                               OLIVER W. WANGER
9                              United States District Judge

11                   CERTIFICATE OF REASONABLE CAUSE
12    Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed July 31,
13   2008, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this
14   Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for
15   the seizure and arrest of the defendant currency.
16   Dated:  September 20, 2010          /s/ OLIVER W. WANGER
                                         OLIVER W. WANGER
17                                       United States District Judge